USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

CELSIUS NETWORK LLC, et al.,

Post-Effective Date Debtors,

24-CV-05201 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On July 10, 2024, Appellant Dimitry Kirsanov, who is proceeding *pro se*, timely filed a notice of appeal from Bankruptcy Judge Martin Glenn's June 12, 2024 Memorandum Opinion and Order denying Kirsanov's motion seeking revocation of the Confirmation Order in the cases of Celsius Network LLC, *et al.  See generally* Dkt. No. 1.  As of the date of this Order, Kirsanov has not filed a motion in support of his notice of appeal, pursuant to Fed. R. Bankr. P. 8013.

It is hereby ORDERED that Appellant Kirsanov shall file a motion in support of his notice of appeal, in compliance with Fed. R. Bankr. P. 8013, no later than **October 4, 2024**. Appellee Celsius Network's response or opposition is due no later than **November 1, 2024**. Kirsanov's reply shall be due no later than **November 15, 2024**.

Dated: August 15, 2024
         New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge