**Lead, CLMAGT, MEGANY, MEGA, FeeDueAP, PENAP, LV2APPEAL**

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 22−10964−mg

*Assigned to:* Judge Martin Glenn
Chapter 11
Voluntary
Asset

*Date filed:* 07/13/2022
*Plan confirmed:* 11/09/2023
*341 meeting:* 01/26/2023
*Deadline for filing claims:* 02/09/2023

| | |
|---|---|
| *Debtor*<br>**Celsius Network LLC**<br>121 River Street<br>PH05<br>Hoboken, NJ 07030<br>HUDSON−NJ<br>Tax ID / EIN: 87−1192148 | represented by **Mitchell Hurley**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>212−872−1000<br>Email: mhurley@akingump.com<br><br>**Annemarie V. Reilly**<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>212−906−1200<br>Email: annemarie.reilly@lw.com<br>*LEAD ATTORNEY*<br><br>**Joshua Sussberg**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446−4800<br>Fax : (212) 446−4900<br>Email: jsussberg@kirkland.com |
| *Defendant*<br>**JACOB MATHEW SETZER** | represented by **David H. Pikus**<br>Bressler, Amery & Ross, P.C.<br>17 State Street<br>34th Floor<br>New York, NY 10004<br>(212) 425−9300<br>Fax : (212) 425−9337<br>Email: dpikus@bressler.com |
| *Defendant*<br>**WENIFREDO LOPEZ SUAREZ** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**ABDELKADER MHAMED BENKREIRA** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**KYLE ALEXANDER DOOHAN** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**SEAN EARL PETTIS** | represented by **David H. Pikus**<br>(See above for address) |

| | |
|---|---|
| *Defendant*<br>**JASON AWAD** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**MICHAEL MERRITT MCCLOY** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**KENNETH B KEBBEKUS** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**MELVIN DUANE SYMES** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**CANG DUY LY** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**ALLISTER JAN WAI LAM** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**Kirk Tsai** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**PETER JOHN OLSON** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**DANIEL WARD CASE** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**ALEX FLOCAS** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**EN FAN HO** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**LITAO LIU** | represented by **David H. Pikus**<br>(See above for address) |
| *Defendant*<br>**AUSTIN MICHAEL CRAIG** | represented by **David H. Pikus**<br>(See above for address) |
| *U.S. Trustee*<br>**United States Trustee**<br>Office of the United States Trustee – NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004–1408<br>(212) 510–0500 | represented by **Mark Bruh**<br>DOJ–Ust<br>Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004–1408<br>212–510–0500<br>Email: mark.bruh@usdoj.gov<br><br>**Shara Claire Cornell**<br>DOJ–Ust<br>1 Bowling Green<br>New York, NY 10004–1408<br>212–510–0500<br>Email: shara.cornell@usdoj.gov |

*Claims and Noticing Agent*
**Stretto Claims Agent**

8269 E. 23rd Avenue
Suite 275
www.stretto.com
Denver, CO 80238
(855) 812–6112

*Consumer Privacy Ombudsman*
**Consumer Privacy Ombudsman**
Livingston PLLC
1455 Pennsylvania Avenue N.W.
The Willard Suite 400
Washington, DC 20004
US
7037981001

represented by **Lucy Thomson**
1455 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20004
703–798–1001
Email: lucythomson_cpo@earthlink.net

*Creditor Committee*
**The Official Committee of Unsecured Creditors**

represented by **Andrea Amulic**
White & Case LLP
1221 Avenue of the Americas
Ste 44–051
New York, NY 10036
212–819–7061
Email: andrea.amulic@whitecase.com

**Michael Andolina**
White & Case LLP
111 S Wacker Dr Suite 5100
Chicago, IL 60606–5055
312–881–5400
Fax : 312–881–5450
Email: mandolina@whitecase.com

**Aaron Colodny**
White & Case LLP
555 South Flower Street
Suite 2700
Los Angeles, CA 90071
213–620–7700
Email: aaron.colodny@whitecase.com

**Kimberly Anne Havlin**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
212–819–8200
Email: kim.havlin@whitecase.com

**Samuel P Hershey**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
212–819–8200
Fax : 212–354–8113
Email: shershey@whitecase.com

**Gregory F Pesce**
White & Case LLP
111 South Wacker Drive
Suite 5100
Chicago, IL 60606–4302
312–881–5400
Email: gregory.pesce@whitecase.com

**Jennifer Selendy**
Selendy Gay PLLC
1290 Avenue of the Americas
Ste 17th Floor
New York, NY 10104
212–390–9000
Fax : 212–390–9399
Email: jselendy@selendygay.com

**David Turetsky**
White & Case
1221 Avenue of the Americas
New York, NY 10020–1095
212–819–8200
Email: david.turetsky@whitecase.com

**Joshua Weedman**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020
212–819–8963
Email: jweedman@whitecase.com

**Keith Wofford**
White & Case LLP
1221 Avenue of the Americas
10020
New York, NY 10036
212–819–8200
Email: kwofford@whitecase.com

| **Filing Date** | **#** | | **Docket Text** |
|---|---|---|---|
| 09/01/2022 | | 670 | Motion to Authorize / *Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts and (II) Granting Related Relief* filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 10/6/2022 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 9/29/2022,. (Sussberg, Joshua) (Entered: 09/01/2022) |
| 09/28/2022 | | 910 | Memorandum Opinion and Order, Signed on 9/28/2022, on the Debtors' Sealing Motion. (related document(s)639, 602, 18, 344) (Anderson, Deanna) (Entered: 09/28/2022) |
| 10/25/2022 | | 1192 | Declaration / *Declaration of Oren Blonstein, Head of Innovation and Chief Compliance Officer of Celsius Network Limited, with Respect to Certain Phase I Issues Pursuant to the Joint Stipulation and Agreed Scheduling Order by and Among the Debtors, the Committee, and the Ad Hoc Groups with Respect to the Custody and Withhold Issues* filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 10/25/2022) |
| 11/05/2022 | | 1291 | Memorandum of Law / *Debtors' Memorandum of Law Regarding Phase I Custody and Withhold Issues* (related document(s)1044) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 11/05/2022) |
| 12/01/2022 | | 1531 | Declaration / *Supplemental Declaration of Oren Blonstein, Head of Innovation and Chief Compliance Officer of Celsius Network Limited,* |

| | | | |
|---|---|---|---|
| | | | *with Respect to Certain Phase I Issues Pursuant to the Joint Stipulation and Agreed Scheduling Order by and among the Debtors, the Committee, and the Ad Hoc Groups with Respect to the Custody and Withhold Issues* (related document(s)1192, 1044) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 12/01/2022) |
| 12/01/2022 | | 1532 | Declaration */ Supplemental Declaration of Oren Blonstein, Head of Innovation and Chief Compliance Officer of Celsius Network Limited, with Respect to the Custody and Withhold Issues* (related document(s)1192, 670, 1044) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 12/01/2022) |
| 12/01/2022 | | 1540 | Letter */ Response Regarding Additional Deposition Time for Oren Blonstein in Connection with Celsius' Motion to Sell Stablecoin* (related document(s)1325) Filed by Joshua Sussberg on behalf of Celsius Network LLC. (Attachments: # 1 Exhibit A – Oren Blonstein Deposition Transcript (Redacted) # 2 Exhibit B – Christopher Ferraro Deposition Transcript (Redacted))(Sussberg, Joshua) (Entered: 12/01/2022) |
| 12/02/2022 | | 1584 | Supplemental Declaration *of Oren Blonstein, Head of Innovation and Chief Compliance Officer of the Debtors, in Support of the Debtors' Motion Regarding Ownership of Earn Assets and the Sale of Stablecoin* (related document(s)1325) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 12/02/2022) |
| 12/19/2022 | | 1755 | Notice of Proposed Order */ Notice of Filing Revised Proposed Order (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts and (II) Granting Related Relief* (related document(s)670) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 12/19/2022) |
| 12/20/2022 | | 1767 | Order, Signed on 12/20/2022, (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers With Respect to Certain Assets held in the Custody Program and Withhold Accounts and (II) Granting Related Relief (Related Doc # 670, 1755). (Anderson, Deanna) (Entered: 12/20/2022) |
| 01/31/2023 | | 1958 | Statement */ Notice of Schedule of Custody Users Entitled to Withdraw Certain Assets* (related document(s)1767) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 01/31/2023) |
| 02/28/2023 | | 2149 | Statement */ Notice of Potential Increase to Amount of Distributable Custody Assets* (related document(s)1958, 2148) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 02/28/2023) |
| 03/03/2023 | | 2176 | Statement */ Notice of Withdrawals Opening for Eligible Custody Users* (related document(s)2149, 1958) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 03/03/2023) |
| 03/21/2023 | | 2291 | Order (I) Approving (A) the Settlement by and Among the Debtors, the Committee, and the Custody Ad Hoc Group and (B) the Election Form and (II) Granting Related Relief (Related Doc # 2148) signed on 3/21/2023. (Anderson, Deanna) (Entered: 03/21/2023) |

| | | | |
|---|---|---|---|
| 04/17/2023 | | 2491 | Statement */ Notice of Revised Schedule of Custody Users Entitled to Withdraw Certain Assets* (related document(s)1958) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 04/17/2023) |
| 05/17/2023 | | 2666 | Statement */ Notice of Conversion of LUNC and UST to Alternative Cryptocurrency* filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 05/17/2023) |
| 06/21/2023 | | 2840 | Objection to Motion */ The Official Committee of Unsecured Creditors' Omnibus Objection to Motions for Entry of an Order to Dollarize Non−Insider CEL Token Claims at the Petition Date Price of $0.81565* (related document(s)2240, 2216) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) (Entered: 06/21/2023) |
| 06/21/2023 | | 2846 | Response */ Debtors' Joinder in Support of the Official Committee of Unsecured Creditors' Omnibus Objection to Motions for Entry of an Order to Dollarize Non−Insider CEL Token Claims at the Petition Date Price of $0.81565* filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 06/21/2023) |
| 06/27/2023 | | 2902 | Disclosure Statement *for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 06/27/2023) |
| 06/30/2023 | | 2943 | Stipulation and Agreed Order, Signed on 6/30/2023, Between the Committee of Unsecured Creditors and the Debtors Regarding Conversion of Altcoins. (related document(s)2804) (Anderson, Deanna) (Entered: 06/30/2023) |
| 08/15/2023 | | 3319 | Fourth Amended Plan */ Fourth Notice of Filing of Revised Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 08/15/2023) |
| 08/17/2023 | | 3332 | Fourth Amended Disclosure Statement *for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (related document(s)3320, 3223, 3117, 2902) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 08/17/2023) |
| 08/17/2023 | | 3334 | Notice of Proposed Order */ Notice of Filing of Third Revised Proposed Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief* (related document(s)3224, 2971, 3321, 3275, 2970) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 08/17/2023) |
| 08/17/2023 | | 3337 | Order signed on 8/17/2023 (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to the Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in |

| | | | |
|---|---|---|---|
| | | | Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief (related document(s)3332). Confirmation hearing to be held on 10/2/2023 at 02:00 PM at Courtroom 523 (MG) and Zoom (Gomez, Jessica)**Thereafter, to the extent additional time is needed, the Confirmation Hearing may continue on the following dates: Tuesday, October 3, 2023, through Friday, October 6, 2023, at 9:00 a.m. (prevailing Eastern Time); Monday, October 16, 2023, at 2:00 p.m. (prevailing Eastern Time); Tuesday, October 17, 2023, through Friday, October 20, 2023, at 9:00 a m. (prevailing Eastern Time); Monday, October 23, 2023, at 2:00 p.m. (prevailing Eastern Time); Tuesday, October 24, 2023, through Wednesday, October 25, 2023, at 9:00 a.m. (prevailing Eastern Time); Thursday, October 26, 2023, at 1:00 p m. (prevailing Eastern Time); and Friday, October 27, 2023, at 9:00 a m. (prevailing Eastern Time) at Courtroom 523 (MG) and Zoom** Modified on 8/18/2023 (Porter, Minnie). (Entered: 08/17/2023) |
| 08/24/2023 | | 3356 | Statement */ Notice of Discovery Schedule for Confirmation Hearing* (related document(s)3337, 3332, 3319) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 08/24/2023) |
| 09/06/2023 | | 3431 | Memorandum of Law */ Debtors' Brief in Support of CEL Token Settlement* (related document(s)3356) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/06/2023) |
| 09/06/2023 | | 3432 | **(This Document is Superseded by Document No. 3434)** Memorandum of Law */ Brief of The Official Committee of Unsecured Creditors Regarding Legal Issues with respect to the Treatment of CEL Token Under the Debtors Plan of Reorganization* (related document(s)3356) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) **Modified on 9/7/2023 (Bush, Brent)** (Entered: 09/06/2023) |
| 09/07/2023 | | 3434 | Memorandum of Law */ Brief of The Official Committee of Unsecured Creditors Regarding Legal Issues with respect to the Treatment of CEL Token Under the Debtors Plan of Reorganization* (related document(s)3356) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) (Entered: 09/07/2023) |
| 09/07/2023 | | 3435 | Declaration *of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Proposed CEL Token Settlement* (related document(s)3431) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/07/2023) |
| 09/15/2023 | | 3478 | Order Signed on 9/15/2023 Establishing Case Management Procedures for the Confirmation Hearing. (related document(s)3344) In Courtroom Confirmation Hearing to begin on 10/2/2023 at 02:00 PM at Courtroom 523 (MG), and continue as necessary. (Anderson, Deanna) (Entered: 09/15/2023) |
| 09/25/2023 | | 3560 | Declaration *of Brian Karpuk Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (related document(s)841, 3514, 3337, 3319) filed by Joshua Sussberg on behalf of Celsius Network |

| | | | |
|---|---|---|---|
| | | | LLC. (Sussberg, Joshua) (Entered: 09/25/2023) |
| 09/27/2023 | | 3574 | Declaration / *Amended Declaration of Brian Karpuk Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (related document(s)3337, 3560, 3319) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/27/2023) |
| 09/27/2023 | | 3577 | Amended Plan / *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (related document(s)3319) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/27/2023) |
| 09/27/2023 | | 3580 | Declaration *of Maxwell Galka on behalf of The Official Committee of Unsecured Creditors in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network, LLC and Its Debtor Affiliates* (related document(s)3319) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) (Entered: 09/27/2023) |
| 09/27/2023 | | 3581 | Declaration / *Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (related document(s)3577) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/27/2023) |
| 09/27/2023 | | 3582 | Declaration / *Declaration of Robert Campagna in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (related document(s)3577) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/27/2023) |
| 09/27/2023 | | 3583 | Statement / *Sixth Notice of Filing Plan Supplement* (related document(s)3577) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/27/2023) |
| 09/27/2023 | | 3586 | Declaration / *Declaration of Allison Hoeinghaus in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (related document(s)3577) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/27/2023) |
| 09/27/2023 | | 3588 | Declaration / *Declaration of Joel E. Cohen in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (related document(s)3577) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/27/2023) |
| 09/27/2023 | | 3591 | Declaration / *Declaration of Steven Kokinos in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (related document(s)3577) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/27/2023) |
| 09/27/2023 | | 3592 | Declaration / *Declaration of Ryan Kielty in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (related document(s)3577, 846) filed by Joshua |

| | | | |
|---|---|---|---|
| | | | Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/27/2023) |
| 09/27/2023 | | 3604 | Memorandum of Law / *Debtors' Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtors Affiliates and Omnibus Reply to Objections Thereto* (related document(s)3577) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/27/2023) |
| 09/27/2023 | | 3606 | Notice of Proposed Order / *Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates* (related document(s)3577) filed by Joshua Sussberg on behalf of Celsius Network LLC. with hearing to be held on 10/2/2023 at 02:00 PM at Courtroom 523 (MG) (Sussberg, Joshua) (Entered: 09/27/2023) |
| 09/27/2023 | | 3609 | Memorandum of Law / *Debtors' (Revised) Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates and Omnibus Reply to Objections Thereto* (related document(s)3577) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/27/2023) |
| 09/28/2023 | | 3628 | Letter *to The Honorable Martin Glenn, Re: Custody CEL Valuation, etc.* Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 09/29/2023) |
| 09/28/2023 | | 3629 | Letter */AMENDED Letter to The Honorable Martin Glenn, Re: Custody CEL Valuation, etc.* (related document(s)3628) Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 09/29/2023) |
| 09/29/2023 | | 3630 | Statement / *Notice of Filing of Debtors' Confirmation Hearing Presentation* filed by Joshua Sussberg on behalf of Celsius Network LLC. with hearing to be held on 10/2/2023 at 02:00 PM at Courtroom 523 (MG) (Sussberg, Joshua) (Entered: 09/29/2023) |
| 09/29/2023 | | 3647 | Letter *to The Honorable Martin Glenn Re: Follow up to my letter yesterday, listed in docket 3629, with regards to the debtors intent to distribute assets to Hawaii and follow up concerns around Custody valuation and deactivation date pricing.* (related document(s)3629) Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/02/2023) |
| 10/02/2023 | | 3653 | Declaration */Supplemental Declaration of Robert Campagna in Support of Confirmation of the Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (related document(s)3582) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 10/02/2023) |
| 10/03/2023 | | 3688 | Letter *to The Honorable Martin Glenn Re: Best Interests under Section 1129 of the Bankruptcy Code* Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/03/2023) |
| 10/03/2023 | | 3694 | Statement */List of Exhibits upon which they may rely at the hearing, reserving the right to identify additional exhibits, including but not limited to rebuttal and impeachment exhibits, prior to the conclusion of the hearing.* filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/03/2023) |

| | | | |
|---|---|---|---|
| 10/04/2023 | | 3716 | Letter *to The Honorable Martin Glenn, Re: Section 1127(a) Violation − If it is determined that the proposed modification does have an adverse effect on the claims of non−consenting creditors, then another balloting must take place.* (related document(s)3577) Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/05/2023) |
| 10/05/2023 | | 3721 | Letter *to The Honorable Martin Glenn, Re: Section 1127(a) Violation* Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/05/2023) |
| 10/06/2023 | | 3729 | Letter *to The Honorable Martin Glenn Re: Hawaii Distribution Agents and the lack of clarification from the Debtor* (related document(s)1420, 3332) Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/06/2023) |
| 10/06/2023 | | 3741 | Letter *to The Honorable Martin Glenn Re: I do believe a 1127(a) violation did occur and I would motion to request a hearing the matter, etc.* (related document(s)1420) Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/10/2023) |
| 10/11/2023 | | 3772 | Objection to Confirmation of Amended Plan */Objections to Debtors Proposed Plan and amendments after the balloting, best interests and fair and equitable treatment concerns, safety concerns.* (related document(s)2807, 3577, 3116, 2358, 3319) filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/11/2023) |
| 10/13/2023 | | 3828 | Objection (related document(s)3802) filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/16/2023) |
| 10/13/2023 | | 3830 | Letter *to The Honorable Martin Glenn Re: In Support of Johan Bronge's line of questioning regarding asset ownership.* Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/16/2023) |
| 10/16/2023 | | 3834 | Statement */Exhibit of Transcript of criminal trial in the Matter of United States v. BANKMAN−FRIED,* filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/16/2023) |
| 10/19/2023 | | 3857 | Declaration */ Supplemental Declaration of Brian Karpuk Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (related document(s)841, 3560, 3574, 3319) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 10/19/2023) |
| 10/20/2023 | | 3864 | Memorandum of Law */ Debtors' Supplemental Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates and Omnibus Reply to Certain Objections Thereto* (related document(s)3577) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 10/20/2023) |
| 10/20/2023 | | 3867 | Notice of Proposed Order */ Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (related document(s)3577) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 10/20/2023) |
| 10/20/2023 | | 3871 | |

| | | | |
|---|---|---|---|
| | | | **(Document Restricted)** Statement */ Notice of Filing of Confirmation Hearing Transcripts* filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) Modified on 10/21/2023 (Gomez, Jessica). (Entered: 10/20/2023) |
| 10/21/2023 | | 3877 | Letter *to The Honorable Martin Glenn Re: Unfair treatment and alleged voting by the Debtor and ballot discrepancies* Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/23/2023) |
| 10/22/2023 | | 3878 | Motion to Allow/*Motion To Enforce A Breach Of Settlement As A Result Of The Debtors' Failure To Distribute The Custody Settlement Initial Distribution In A Timely Manner And In Accordance To The Settlement Agreement.* filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/23/2023) |
| 10/23/2023 | | 3881 | Statement */ Notice of Filing of Confirmation Hearing Transcripts* (related document(s)3577) filed by Joshua Sussberg on behalf of Celsius Network LLC. with hearing to be held on 10/30/2023 at 02:00 PM at Courtroom 523 (MG) (Sussberg, Joshua) (Entered: 10/23/2023) |
| 10/24/2023 | | 3896 | Letter *to The Honorable Martin Glenn Re: Request to make a closing argument of up to 20 minutes in opposition to confirmation.* Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/25/2023) |
| 10/25/2023 | | 3897 | Letter *to The Honorable Martin Glenn, dated 10/24/2023 Re: In Support of* (related document(s)3835, 3878, 3877) Filed by Michael Gonzalez. (Suarez, Aurea) (Entered: 10/25/2023) |
| 10/25/2023 | | 3906 | Letter *to The Honorable Martin Glenn, dated 10/25/2023 Re: In support of Dimitry Kirsanovs letter which states, in sum and substance, that his vote was changed without his knowledge or consent, with respect to the Custody Class, etc.* (related document(s)3864, 3877) Filed by Otis Davis. (Suarez, Aurea) (Entered: 10/26/2023) |
| 10/25/2023 | | 3911 | Letter *to The Honorable Martin Glenn, dated 10/23/2023 Re: My concerns about balloting discrepancies in the Celsius Chapter 11 hearing, and Kirkland and Elliss entangled in this matter.* Filed by Carol Maunder. (Suarez, Aurea) (Entered: 10/26/2023) |
| 10/26/2023 | | 3915 | Statement */ Notice of Filing of Debtors' Confirmation Hearing Closing Presentation* filed by Joshua Sussberg on behalf of Celsius Network LLC. with hearing to be held on 10/30/2023 at 02:00 PM at Courtroom 523 (MG) (Sussberg, Joshua) (Entered: 10/26/2023) |
| 10/26/2023 | | 3918 | Statement */Demonstratives for Closing Argument in Opposition to Confirmation* filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/26/2023) |
| 10/26/2023 | | 3923 | Order signed on 10/26/2023 Granting Requests to Make Closing Arguments (related document(s)3879, 3851) (Bush, Brent) (Entered: 10/26/2023) |
| 10/27/2023 | | 3926 | Order, Signed on 10/27/2023, Granting Requests to Make Closing Arguments (Modification #1). (related document(s)3923) (Anderson, Deanna) (Entered: 10/27/2023) |
| 10/27/2023 | | 3939 | Statement */Closing Brief Objecting to Plan of Confirmaiton and $0.25 Cel Token Settlement* (related document(s)3688, 2291, 3646, 3891, |

| | | | |
|---|---|---|---|
| | | | 1956, 3716, 3694, 3647, 974, 3332, 2271, 3629, 3577, 3628, 3717, 2771, 3721, 3877, 3729, 3625) filed by Otis Davis. (Suarez, Aurea) (Entered: 10/30/2023) |
| 10/30/2023 | | 3937 | Notice of Proposed Order */ Notice of Filing of Further Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates* (related document(s)3577) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 10/30/2023) |
| 10/30/2023 | | 3946 | Affidavit of Service *re: Letter Re: In re Celsius Network LLC, No. 22–10964 (MG) Requested Clarification to Closing Argument Procedures (Docket No. 3860), Debtors Supplemental Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates and Omnibus Reply to Certain Objections Thereto (Docket No. 3864), Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates (Docket No. 3867), Seventh Notice of Filing of Plan Supplement (Docket No. 3869), Notice of Filing of Confirmation Hearing Transcripts (Docket No. 3871), Agenda for Hearing to Be Held October 24, 2023, at 10:00 A.M. (Prevailing Eastern Time) (Docket No. 3872)* (related document(s)3872, 3867, 3860, 3864, 3871, 3869) filed by Stretto, Inc.(Klamser, Robert) (Entered: 10/30/2023) |
| 11/01/2023 | | 3956 | Letter *to The Honorable Martin Glenn Re: Request for the court to convert this matter into a Chapter 7 Bankruptcy proceeding.* Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 11/01/2023) |
| 11/07/2023 | | 3967 | Letter *to The Honorable Martin Glenn Re: Critical Balloting Integrity Discrepancies, etc.* Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 11/07/2023) |
| 11/09/2023 | | 3972 | Findings of Fact, Conclusions of Law, and Order Signed on 11/9/2023 Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and its Debtor Affiliates. (Anderson, Deanna) (Entered: 11/09/2023) |
| 11/09/2023 | | 3974 | **(Wrong PDF File Entered, see Document No. 4089)** Memorandum Opinion signed on 11/9/2023 Approving the CEL Token Settlement and Resolving Issue of Collateral Ownership in the Modified Joint Chapter 11 Plan of Celsius Network and its Debtor Affiliates. (related document(s)3972) (Anderson, Deanna) **Docket Text Modified on 12/13/2023 (Bush, Brent)** (Entered: 11/09/2023) |
| 11/09/2023 | | 3975 | Order Signed on 11/9/2023 Denying Dimitry Kirsanovs Motion to Convert Chapter 11 Case to Liquidation Proceeding Under Chapter 7. (related document(s)3974, 3972, 3967, 3956) (Anderson, Deanna) (Entered: 11/09/2023) |
| 11/10/2023 | | 3998 | Motion to Authorize */Motion For Clarification* (related document(s)3975, 2291, 973, 3972, 974, 3332, 3881, 3574, 1767) filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 11/13/2023) |
| 11/11/2023 | | 3999 | Statement */Notice of Filing of Transcript of Hearing on Closing Arguments Related to Confirmation of the Plan held on October 30, 2023.* (related document(s)3577, 3881) filed by Dimitry Kirsanov. |

| | | | |
|---|---|---|---|
| | | | (Suarez, Aurea) (Entered: 11/13/2023) |
| 11/17/2023 | | 4012 | Affidavit of Service *(Supplemental) re: Disclosure Statement Relating to the Joint Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates Pursuant (Docket No. 3332), Order (I) Approving the Adequacy Of the Debtors Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect to Confirmation of the Debtors Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsors Fees and Expenses, and (VI) Granting Related Relief (Docket No. 3337), Debtors Brief in Support of CEL Token Settlement (Docket No. 3431), Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Proposed CEL Token Settlement (Docket No. 3435), [Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3863], Seventh Notice of Filing of Plan Supplement (Docket No. 3869), Eighth Notice of Filing of Plan Supplement (Docket No. 3935)* (related document(s)3431, 3337, 3863, 3435, 3935, 3869, 3332) filed by Stretto, Inc.(Klamser, Robert) (Entered: 11/17/2023) |
| 11/20/2023 | | 4014 | Response to Motion */ Debtors' Response to Mr. Kirsanov's Motion for Clarification* (related document(s)3998) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 11/20/2023) |
| 11/23/2023 | | 4031 | Motion to Reconsider FRCP 60 or FRBP 3008 (related document(s)3975, 3974, 3972) filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 11/27/2023) |
| 11/28/2023 | | 4040 | Statement */ Notice Regarding Commencement of Distribution of Cryptocurrency to Holders of Custody Claims* filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 11/28/2023) |
| 11/29/2023 | | 4046 | Order Signed on 11/29/2023 Denying Kirsanov's Motion for Reconsideration (Related Doc # 4031). (Anderson, Deanna) (Entered: 11/29/2023) |
| 12/04/2023 | | 4063 | Statement */Statement and Motion For Further Clarification* (related document(s)2291, 4014, 1192, 3878, 3999, 4040, 2491, 3332, 2902, 3998, 3881) filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 12/04/2023) |
| 12/05/2023 | | 4066 | Order signed on 12/5/2023 Denying Dimitry Kirsanov's "Statement and Motion for Clarification" (related document(s)4063). (Gomez, Jessica) (Entered: 12/05/2023) |
| 01/31/2024 | | 4298 | Statement */ Notice of Occurrence of Effective Date of Debtors' Modified Chapter 11 Plan of Reorganization and Commencement of Distributions* (related document(s)3972, 4289, 3577) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 01/31/2024) |
| 02/23/2024 | | 4335 | Statement */ Notice of Conclusion of In−Application Custody Withdrawals* (related document(s)4040) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: |

| | | | |
|---|---|---|---|
| | | | 02/23/2024) |
| 02/28/2024 | | 4372 | Motion to Approve / *Post–Effective Date Debtors' Motion Seeking Entry of an Order (I) Approving Automatic Revocation of Presumed Mistaken Convenience Claim Elections, (II) Approving Optional Revocation Procedure for Eligible Convenience Claim Elections, and (III) Granting Related Relief* filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 3/20/2024 at 10:00 AM at Courtroom 523 (MG) Responses due by 3/13/2024,. (Sussberg, Joshua) (Entered: 02/28/2024) |
| 03/21/2024 | | 4741 | Order signed on 3/21/2024 (I) Approving Automatic Revocation of Presumed Mistaken Convenience Claim Elections, (II) Approving Optional Revocation Procedure for Eligible Convenience Claim Elections, and (III) Granting Related Relief (Related Doc # 4372). (Anderson, Deanna) (Entered: 03/21/2024) |
| 04/22/2024 | | 4827 | Order of U.S. District Court Judge Colleen McMahon signed on 4/22/2024. The Bankruptcy Court's order is vacated. For the reasons discussed above, this court directs that the parties shall immediately submit the disputes pleaded in the Adversary Proceeding Complaint to arbitration in accordance with the AAA Rules for Commercial Arbitration. Any challenge to the arbitrability of any claim asserted in that pleading is reserved for the arbitrator. The Adversary Proceeding is stayed in the Bankruptcy Court pending arbitration. This constitutes the decision and order of this court on appeal. The Clerk of Court is directed to remove this appeal from the court's list of open items. (Fuschillo, Yadira) (Entered: 04/23/2024) |
| 05/06/2024 | | 4869 | Letter *to The Honorable Martin Glenn, dated 5/6/2024 Re: Request as a party of interest and on behalf of the rest of similarity–situated creditors, to proceed with a timely US 1144 Revocation Proceeding effective today, May 6th.* Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 05/07/2024) |
| 05/08/2024 | | 4875 | Order signed on 5/8/2024 Requiring Post–Effective Date Debtors to Respond to Request of Dmitry Kirsanov. (related document(s)4869) (Anderson, Deanna) (Entered: 05/08/2024) |
| 05/22/2024 | | 4898 | Response / *Post–Effective Date Debtors' Response to Dmitry Kirsanov's May 6, 2024 Letter to the Bankruptcy Court* (related document(s)4869) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 05/22/2024) |
| 05/27/2024 | | 4902 | Declaration *In Support of a Revocation Proceeding Under U.S. 1144, etc.* (related document(s)3431, 2666, 1420, 3871, 2491) filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 05/28/2024) |
| 06/12/2024 | | 4941 | Memorandum Opinion and Order, Signed on 6/12/2024, Denying Dimitry Kirsanov's Motion to Revoke Confirmation Order. (related document(s)4869, 4898, 4902) (Anderson, Deanna) (Entered: 06/12/2024) |